Matthew L. Sharp, Esq.
NV Bar No. 4746
MATTHEW L. SHARP, LTD.
432 Ridge Street
Reno, NV 89501
(775) 324-1500
matt@mattsharplaw.com

Jason Kafoury, Esq.
*Admitted PHV*
KAFOURY & MCDOUGAL
411 SW Second Avenue, Suite 200
Portland, OR 97204
(503) 224-2647
jkafoury@kafourymcdougal.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED HASSAN and SAMSAM HASSAN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MUNITIONS, LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 3:23-cv-00432-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [FIRST REQUEST]** |

Pursuant to LR IA 6-1 of the Local Rules of Practice for the United States District Court, District of Nevada, the parties, by and through their attorneys, stipulate and agree to extend the time in which to file the respective opposition to Defendant's Motion for Summary Judgment (Doc. No. 26). The motion was filed on October 18, 2024 and the respective opposition is due on November 8, 2024. The parties stipulate and request an extension to file the opposition to the Motion for Summary Judgment to November 22, 2024.

This is the first stipulation and not being done for purposes of delay. It is based upon Plaintiff's counsel representation as follows:

///

1

1. Plaintiff's counsel Matthew Sharp is currently out of the country.

2. Plaintiff's counsel Jason Kafoury has a trial in mid-November.

3. The parties recently disclosed rebuttal expert reports.

The parties herein stipulate and agree that this Court may enter an Order as follows:

1. Plaintiff's Opposition to Motion for Summary Judgment would be due on or before November 22, 2024.

DATED this 31st day of October 2024.

**MATTHEW L. SHARP, LTD.**

  /s/ Matthew L. Sharp
Matthew L. Sharp, Esq.
Nevada Bar No. 4746
432 Ridge St.
Reno, NV 89501

*Attorneys for Plaintiffs Mohamed Hassan and Samsam Hassan*

DATED this 31st day of October 2024.

**THORNDAL ARMSTRONG, PC**

  /s/ Justin H. Pfrehm
Justin H. Pfrehm, Esq.
Nevada Bar No. 7484
6590 S. McCarran Blvd., Suite B
Reno, NV 89509

*Attorneys for Defendant Freedom Munitions, LLC*

## **ORDER**

**IT IS SO ORDERED.**

DATED this 31st day of October 2024.

_____
United States District Judge

2

## **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I hereby certify that I am an employee of MATTHEW L. SHARP, LTD., and that on this date, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to:

Justin H. Pfrehm, Esq.
THORNDAL ARMSTRONG, PC
6590 S. McCarran Blvd., Suite B
Reno, NV  89509
jhp@thorndal.com
*Attorneys for Defendants*

DATED this 31st day of October 2024.

         /s/ Suzy Thompson
An Employee of Matthew L. Sharp, Ltd.