Justin H. Pfrehm, Esq.
Nevada Bar No. 7484
Thorndal Armstrong, PC
6590 S. McCarran Blvd., Suite B
Reno, Nevada 89509
(775) 786-2882
jhp@thorndal.com
Attorneys for Defendant
FREEDOM MUNITIONS, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MOHAMED HASSAN and SAMSAM HASSAN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>FREEDOM MUNITIONS, LLC, a Delaware Limited Liability Company, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.   3:23-cv-00432<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COME NOW Plaintiffs, MOHAMED HASSAN and SAMSAM HASSAN, and Defendant, FREEDOM MUNITIONS, LLC, by and through their counsel of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, all parties to bear their own costs and fees.

DATED this 8th day of January, 2026.    DATED this 9th day of January, 2026.

LAW OFFICE OF MATTHEW L. SHARP     THORNDAL ARMSTRONG, PC

By: _____        By: _/s/ Justin H. Pfrehm_____
MATTHEW L. SHARP, ESQ.                JUSTIN H. PFREHM, ESQ.
432 Ridge St.                         6590 S. McCarran Blvd., Suite B
Reno, NV 89501                        Reno, Nevada 89509
Attorney for Plaintiffs               Attorney for Defendant

- 1 -

**ORDER**

IT IS SO ORDERED.

DATED this 9th day of January, 2026.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of Thorndal Armstrong, PC, and that on this date I caused the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to be served on all parties to this action by:

_____ placing an original or true copy thereof in a sealed, postage prepaid, envelope in the United States mail at Reno, Nevada.

\_\_✓\_\_ United States District Court, District of Nevada CM/ ECF (Electronic Case Filing)

\_\_\_\_\_ personal delivery

\_\_\_\_ facsimile (fax)

\_\_\_\_\_ Federal Express/UPS or other overnight delivery

fully addressed as follows:

> Matthew L. Sharp, Esq.
> Matthew L. Sharp, Ltd.
> 432 Ridge Street
> Reno, NV 89501
> matt@mattsharplaw.com
>
> Jason Kafoury, Esq.
> Kafoury & McDougal
> 411 SW 2nd Avenue, Suite 200
> Portland, OR 97204
> jkafoury@kafourymcdougal.com
>
> *Attorneys for Plaintiffs*

DATED this 9th day of January, 2026.

*/s/ Rachel L. Atchley*
An employee of Thorndal Armstrong, PC